**No. 09-8370. Finis Leonard, Petitioner v. Illinois.**

559 U.S. 954, 130 S. Ct. 1547, 176 L. Ed. 2d 138, 2010 U.S. LEXIS 1210.

February 22, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, Third District, denied.

Same case below, 391 Ill. App. 3d 926, 331 Ill. Dec. 582, 911 N.E.2d 403.